DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL M. SCHRACK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2361

[January 8, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 43-1999-CF-001143A.

Michael M. Schrack, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***